ACCEPTED
12-14-00104-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/5/2015 11:55:05 AM
Pam Estes
CLERK

# JAMES W. HUGGLER, JR.
## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/5/2015 11:55:05 AM
PAM ESTES
Clerk

October 2, 2015

Pam Estes, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:     Charles Walker v. State
        Appeal Number:   12-14-00104-CR
        Trial Number:    5267
        Rains County

Dear Ms. Estes,

I certify that I have complied with TEX R. APP. P. 48.4. I am attaching a copy of the certified mail receipt. If you have any questions, please feel free to contact me at any time.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Attachments:     Certified Mail Receipt
                 Green Card

cc:     Robert Vititow

F:\Corel User Files\Clients\APPEALS\Walker, Charles\Court.48-4Letter.10-02-15.wpd

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7013 2630 0000 4405 3514

Sent To *Charles M. Walker*
Street, Apt. No.; or PO Box No. *3974 Walker Rd*
City, State, ZIP+4 *Lone Oak, TX 75453*

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Charles Michael Walker
3974 Walker Road
Lone Oak, Texas
75453*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name) *Charles Walker*
C. Date of Delivery *9/28/15*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 28 2015  USPS  75453

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7013 2630 0000 4405 3514

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540